**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of: | Case No.: 24-20046 |
| Brent A Imker & Mara J Imker, | Chapter 13 Proceeding |
| Debtor(s)./ | Honorable Daniel S. Opperman |

## CERTIFICATE OF COMPLIANCE OF SUBMISSION OF EMPLOYEE INCOME RECORDS

STATE OF MICHIGAN    )
                     )SS.
COUNTY OF BAY        )

I, Valerie Groulx, hereby certify that on January 19, 2024, I served through Bankruptcy Documents the Debtor(s) income records upon:

    Thomas W. McDonald, Jr.
    3144 Davenport Ave.
    Saginaw, MI 48602

| | |
|---|---|
| Dated: January 19, 2024 | */s/ Valerie Groulx* |
| | Valerie Groulx, an employee of |
| | **KIMBERLY KRAMER, P.L.C.** |
| | 916 Washington Ave., Ste. 301 |
| | Bay City, MI 48708 |
| | (989) 671-4333 |
| | efiling@kramerlaw.org |

PREPARED BY:
KIMBERLY KRAMER, PLC.
BY: KIMBERLY A. KRAMER (P59045)
Attorney for Debtor(s)
916 Washington Ave., Ste. 301
Bay City, MI 48708
(989) 671-4333
efiling@kramerlaw.org